# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Daniel Robert Osborn**,<br><br>PLAINTIFF,<br><br>v.<br><br>**Experian Information Solutions, Inc., North American Recovery, and Wells Fargo Bank, National Association**,<br><br>DEFENDANTS. | CASE NO: 2:15-CV-02632-SRB<br><br>**ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND ENTIRE CASE** |

Pursuant to the Parties' stipulation and for GOOD CAUSE shown,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc. is dismissed with prejudice, with each party to bear their own attorney's fees and costs. The case is to be dismissed in its entirety.

Dated this 6th day of September, 2016.

_____
Susan R. Bolton
United States District Judge